Louis Davis, an Infant, by Gus Davis, His Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Order affirmed, with costs. No opinion. Hirschberg, Woodward and Rich, JJ., concurred; Jenks, P. J., and Burr, J., dissented.

John Deis, Respondent, v. Theodore B. Bohr, Appellant.— Judgment and order of the County Court of Rockland county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

John J. Donohue, Respondent, v. Theophilus Gilman, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William W. Hannan, Respondent, v. Florence A. McCain, Appellant.— Judgment and order of the County Court of Westchester county reversed and new trial ordered, costs to abide the event, for error in the ruling on the questions of evidence presented at folio 48. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Hirschberg, J., dissented.

In the Matter of the Application of Lillie B. Cornish, Respondent, for the Appointment of Commissioners to Assess the Damages to Her Property, Resulting from a Change of Grade of Broadway and Voorhis Avenue in the Village of South Nyack, Rockland County, N. Y., Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Ellen Haggerty, Deceased, etc.— Appeal dismissed by default, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

William H. Mohrmann, an Infant, by Minnie L. Scharff, His Guardian ad Litem, Respondent, v. Metropolitan Hotel Supply Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Florence E. Moore, Appellant, v. The City of New York, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

John Muller, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.